IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **07 CR 125 TCK** |
| Plaintiff, ) | |
| ) | |
| v. ) | **INDICTMENT** |
| ) | [26 U.S.C. §§ 5841, 5861(d) and 5871: |
| **JAMES GLENN MYERS**, ) | Possession of Unregistered Firearm; and |
| ) | 26 U.S.C. §§ 5822, 5861(f) and 5871: |
| Defendant. ) | Making of a Firearm |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

**[26 U.S.C. §§ 5841, 5861(d) and 5871]**

On or about the 27th day of July, 2007, in the Northern District of Oklahoma, the defendant, **JAMES GLENN MYERS**, knowingly possessed a firearm, that is a destructive device (pipe bomb), not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## COUNT TWO

**[26 U.S.C. §§ 5822, 5861(f) and 5871]**

In or about July 2007, in the Northern District of Oklahoma, the defendant, **JAMES GLENN MYERS,** knowingly made a firearm, that is a destructive device (pipe bomb), in violation of Title 26, United States Code, Sections 5822, 5861(f) and 5871.

DAVID E. O'MEILIA
UNITED STATES ATTORNEY

T. SCOTT WOODWARD
Assistant United States Attorney

A TRUE BILL

/s/ Grand Jury Foreperson
Grand Jury Foreperson