# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-CR-125-TCK |
| | ) | |
| JAMES GLENN MYERS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION

COMES NOW the United States of America, pursuant to 18 U.S.C. § 3142(e), and hereby requests that the Court detain the defendant pending trial.

                                                Respectfully submitted,

                                                DAVID E. O'MEILIA
                                                UNITED STATES ATTORNEY

                                                s/ Scott Woodward
                                                Scott Woodward, OBA No. 9874
                                                First Assistant United States Attorney
                                                110 West Seventh Street, Suite 300
                                                Tulsa, Oklahoma 74119
                                                (918) 382-2700