# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-CR-125-TCK |
| | ) | |
| JAMES GLENN MYERS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADDITIONAL ONE-LEVEL
## REDUCTION PURSUANT TO U.S.S.G. § 3E1.1(b)

Plaintiff, United States of America, by First Assistant United States Attorney Scott Woodward, pursuant to United States Sentencing Guideline § 3E1.1(b), moves the Court for an additional one level reduction for acceptance of responsibility pursuant to United States Sentencing Guidelines § 3E1.1(b).

              Respectfully submitted,

              DAVID E. O'MEILIA
              UNITED STATES ATTORNEY


              s/ Scott Woodward
              Scott Woodward, OBA No. 9874
              First Assistant United States Attorney
              110 West Seventh Street, Suite 300
              Tulsa, Oklahoma  74119
              (918) 382-2700

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of February, 2008, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

      julia_o'connell@fd.org

                          s/ Scott Woodward
                          Scott Woodward