UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,
                                   Plaintiff,

vs.                                                   Case Number: 07-cr-125-TCK
                                                          Date: 3-12-2008
James Glen Myers,                            Court Time: 3:00 p.m.
                                Defendant(s).        Actual Court Time: 3:00 p.m. to 3:35 p.m.

**MINUTE SHEET - SENTENCING**

Terence Kern, U.S. District Judge         C. Smith, Deputy Clerk         Terri Beeler, Reporter

Counsel for Plaintiff: Scott Woodward
Counsel for Defendant: Julia O'Connell, FPD
Interpreter: _____ [] sworn       Probation Officer: Michael Henning

[x] Defendant appears in person with counsel     [] Counsel waived     [] Contested  [x] Uncontested
[x] Plaintiff & Defendant reviewed PSI:     [] Objs by: [] Pltf [] Deft; [x] No Objs; [x] Court adopts/accepts
[x] 18:3553 Findings re: PSI/Sentence made;     [] Findings re: Plea made
[x] Sentence re: Guideline;     [] Departure: [] Variance [] Upward [] Downward; [x] Findings made
[x] Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown:

**SENTENCE: As to Count(s) 2 of the Indictment:**

[x] Bureau of Prison for a term of 68 months     [] Concurrent [] Consecutive
[] Probation for a term of _____     [] Concurrent [] Consecutive
[x] Supervised Release for a term of 3 years     [] Concurrent [] Consecutive
[x] Fine:     $1000 [] with interest [x] interest waived
[] Restitution:     $_____ [] with interest [] interest waived
[x] Special Monetary Assessment: $100 [] due immediately [] as directed: _____

**STANDARD CONDITIONS** including the following additional conditions:
[x] Firearm, ammunition, destructive device or any other dangerous weapon (shall not possess)
[x] DNA sample (cooperate with and submit to collection)
[x] Special Search and Seizure Conditions per GO 99-14
[x] Special Financial Conditions per GO 99-12
[] Special Sex Offender Conditions per GO 99-17
[] Special Computer Restrictions per GO 03-02
[] Special Gambling Restrictions
[x] Mental Health treatment program as directed by the Probation Office     [] to include inpatient treatment
[] Drug and alcohol abuse testing and treatment (to include inpatient) for drug and alcohol abuse as directed by the Probation Office
[] Deft shall be placed on home detention to include electronic monitoring at the discretion of the Probation Officer for a period of ____ months to commence within ____ hrs. of the sentencing date. The entire cost of this program shall be paid by: [] Prob [] Deft
[] As a condition of Supervised Release, upon completion of imprisonment term, defendant shall surrender to a duly-authorized immigration official for deportation in accordance with the established procedures provided by Immigration and Naturalization Act. It is a further condition of Supervised Release, if ordered deported, defendant to remain outside the U.S. until termination of the term of Supervised Release
[x] Defendant advised of right to appeal     [] Defendant gives oral notice of appeal
[] Court makes the following recommendation to BOP: [] designate a facility located near or in: _____
                                        [x] Residential Drug Abuse Treatment Program
                                        [x] other: mental health assessment and treatment
[] Remaining counts ordered dismissed: _____
[] Bond exonerated     [] Appeal bond set: $_____ ([] Cash or [] Surety); [] Findings made
[] Deft to self surrender to designated institution by noon on: _____, U.S.M. to advise of institution; [] Findings made
[x] Defendant remanded to custody of U.S. Marshal
**Additional Minutes:** _____

Minute Sheet Sentencing                                                                                   CR-01b (1/08)